IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
|       Plaintiff, | ) Case No. 20-cv-6103 ) ) |
| v. | ) Judge Jorge L. Alonso ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
|       Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT No. 132**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff EMOJI COMPANY GmbH hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motion is pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 132 | Alaza Store |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: May 25, 2021      By:    s/Michael A. Hierl
                                                      Michael A. Hierl (Bar No. 3128021)
                                                      William B. Kalbac (Bar No. 6301771)
                                                      Hughes Socol Piers Resnick & Dym, Ltd.
                                                      Three First National Plaza
                                                      70 W. Madison Street, Suite 4000
                                                      Chicago, Illinois 60602
                                                      (312) 580-0100 Telephone
                                                      mhierl@hsplegal.com

                                                      Attorneys for Plaintiff
                                                      EMOJI COMPANY GmbH

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 25, 2021.

                                                    s/Michael A. Hierl